**FILED**

MAR 04 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR612-JM |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| MIGUEL ANGEL MENDEZ-ESPINOZA, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about 10-30-2005, within the Southern District of California, defendant MIGUEL ANGEL MENDEZ-ESPINOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

WMC:jam:Imperial
3/4/08

<u>Count 2</u>

On or about 4-29-2006, within the Southern District of California, defendant MIGUEL ANGEL MENDEZ-ESPINOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

<u>Count 3</u>

On or about February 3, 2008, within the Southern District of California, defendant MIGUEL ANGEL MENDEZ-ESPINOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: <u>March 4, 2008</u>.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney